# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2020 ND 158

State of North Dakota,                                        Plaintiff and Appellee

     v.

Russell James Metz,                                     Defendant and Appellant

### No. 20200023

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Douglas A. Bahr, Judge.

AFFIRMED.

Per Curiam.

Justin J. Schwarz, Assistant State's Attorney, Bismarck, ND, for plaintiff and appellee.

Kiara C. Kraus-Parr, Grand Forks, ND, for defendant and appellant.

**Per Curiam.**

[¶1]   Russell Metz appeals from a district court's judgment entered after a jury convicted him of conspiracy to commit burglary, in violation of N.D.C.C. §§ 12.1-06-04 and 12.1-22-02(1), a class C felony.   Metz challenges the sufficiency of the evidence to support the verdict.  After reviewing the record, we conclude sufficient evidence supports the verdict. We summarily affirm the criminal judgment under N.D.R.App.P. 35.1(a)(3).

[¶2]   Jon J. Jensen, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Gerald W. VandeWalle
Jerod E. Tufte